**STATE of Missouri, Respondent,**

**v.**

**Tommy DORA, Appellant.**

**No. ED 104741**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: September 12, 2017

Samuel E. Buffaloe, 1000 West Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Joshua D. Hawley, Attorney General, Evan J. Buchheim, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

## ORDER

PER CURIAM.

Tommy Dora appeals from the judgment entered on his convictions after a jury trial for murder in the first degree and armed criminal action. The evidence was sufficient to support the convictions, and we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).